UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| LYLE E. SHUGARS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  4:10-cv-01985-WMA |
| ) | |
| AMERICOLD LOGISTICS, INC., ) | |
| ) | |
| Defendant ) | |

## **MEMORANDUM OPINION**

On November 7, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by plaintiff or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge. Accordingly, the court finds and concludes that defendant's motion and amended motion for summary judgment (Docs. 12 & 20) are due to be granted and this action dismissed with prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 28th day of November, 2012.

```
                              _____
                              WILLIAM M. ACKER, JR.
                              UNITED STATES DISTRICT JUDGE
```