FILED
2012 Nov-28  PM 12:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| LYLE E. SHUGARS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  4:10-cv-01985-WMA |
| ) | |
| AMERICOLD LOGISTICS, INC., ) | |
| ) | |
| Defendant ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith and Rule 58, Fed.R.Civ.P., it is ORDERED, ADJUDGED and DECREED that defendant's motion and amended motion for summary judgment (Docs. 12 & 20) are due to be and hereby are GRANTED, and this action hereby is DISMISSED WITH PREJUDICE, each party to bear its own costs.

DONE this 28th day of November, 2012.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE